## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Erin C. Harves, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-2087-KHV |
| ) | |
| B J B, L.L.C., a Minnesota business entity ) | |
| doing business as Agri-Trading, ) | |
| Dale Baker, Bret Johnson and Stephen ) | |
| Borstad, ) | |
| ) | |
| Defendants/Third-Party Plaintiffs. ) | |

## ORDER

This matter comes before the court upon defendants' Motion to Compel, Motion for Sanctions and Memorandum in Support (Doc. 21) filed on September 19, 2006. Plaintiff never filed a response, and the time to do so has passed.[1] Normally, the court would treat the present motion as uncontested.[2] However, the court has learned that the parties reached a settlement during their October 3, 2006 mediation. Consequently, the present Motion to Compel and for Sanctions is denied as moot. Accordingly,

**IT IS THEREFORE ORDERED** that the present motion (Doc. 21) is denied as moot.

**IT IS SO ORDERED.**

Dated this 17th day of October, 2006, at Topeka Kansas.

                                                       s/ K. Gary Sebelius
                                                    K. GARY SEBELIUS
                                                    U.S. MAGISTRATE JUDGE

---

[1] *See* D. Kan. R. 6.1(d)(1) ("Responses [for non-dispositive motions] shall be filed and served within 14 days of the service of the response.")

[2] *See* D. Kan. R. 7.4 ("If a respondent fails to file a response within the time required by Rule 6.1(d), the motion will be considered and decided as an uncontested motion, and ordinarily will be granted without further notice.)